DUNKLEY v. SHOEMATE

No. 178PA98

Case below: 129 N.C.App. 255

Petition by defendant (Shoemate) for discretionary review pursuant to G.S. 7A-31 allowed 8 October 1998.

FERRELL v. YARBROUGH

No. 185P98

Case below: 129 N.C.App. 262

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998.

FLETCHER v. NATIONWIDE INS.

No. 294P98

Case below: 129 N.C.App. 646

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed 8 October 1998.

GARNER v. RENTENBACH CONSTRUCTORS INC.

No. 255PA98

Case below: 129 N.C.App. 624

Petition by defendant (Rentenbach) for discretionary review pursuant to G.S. 7A-31 allowed 8 October 1998. Petition by third party defendant (Allied Clinical) for discretionary review pursuant to G.S. 7A-31 allowed 8 October 1998.

HIGH v. BOLAND

No. 264P98

Case below: 129 N.C.App. 647

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 October 1998. Justice Wynn recused.